UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Bar and Restaurant Enterprises, Inc. §
§
*versus* § Civil Action 4:25−cv−00025
§
Westchester Surplus Lines Insurance §
Company

## SCHEDULING/DOCKETING CONTROL ORDER

Anticipated Length of Trial: __4___ Days          Jury: _X_____ Non-Jury: _____

1.  (a) **NEW PARTIES** shall be joined by:                                    **May 21, 2025**
    The Attorney causing the addition of new parties will provide copies of this Order to new parties.

    (b) **AMENDMENT to PLEADINGS** by Plaintiff or Counter-Plaintiff shall be filed by:         **May 21, 2025**

2.  EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:            **December 9, 2025**

3.  EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:            **January 8, 2026**

4.  DISCOVERY must be completed by:         (Due at least two weeks before motions deadline)
    Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.         **February 16, 2025**

5.  DISPOSITIVE AND NON-DISPOSITIVE MOTIONS         3/2/26
    (except motions *in limine*) will be filed by:         (Due 90 days prior to Trial)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* will be filed by:
   (The Court will fill in this date)

   5/26/26
   (Due the Monday before trial)

7. TRIAL will begin at 9:00 a.m.
   (The Court sets a firm trial date)

   6/1/26
   (15 Months from the date case filed)

_____           _____
Date                                   Keith P. Ellison
                                       United States District Judge

April 21, 2025                         */s/ Michael E. Cooper*
_____           _____
Date                                   Counsel for Plaintiff(s)

April 21, 2025                         */s/ Nick Pohl, By Permission*
_____           _____
Date                                   Counsel for Defendant(s)