United States District Court
Southern District of Texas
**ENTERED**
April 21, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| Bar and Restaurant Enterprises, Inc.<br>    *Plaintiff*,<br><br>vs.<br><br>Westchester Surplus Lines Insurance Company,<br>    *Defendant*. | §<br>§<br>§<br>§   Civil Action 4:25−cv−0025<br>§<br>§<br>§ |

## SCHEDULING/DOCKETING CONTROL ORDER

Anticipated Length of Trial:__4___Days        Jury:__X____ Non-Jury:_____

1. (a) **NEW PARTIES** shall be joined by:                                             **May 21, 2025**
   The Attorney causing the addition of new parties will provide copies of this Order to new parties.

   (b) **AMENDMENT to PLEADINGS** by Plaintiff or Counter-Plaintiff shall be filed by:    **May 21, 2025**

2. EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:    **December 9, 2025**

3. EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:    **January 8, 2026**
   (Due at least two weeks before motions deadline)

4. DISCOVERY must be completed by:    **February 16, 2026**
   Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS    **March 2, 2026**
   (except motions *in limine*) will be filed by:    (Due 90 days prior to Trial)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* will be filed by:  
   (The Court will fill in this date)

   **May 26, 2026**  
   (Due the Monday before trial)

7. TRIAL will begin at 9:00 a.m.  
   (The Court sets a firm trial date)

   **June 1, 2026**  
   (15 Months from the date case filed)

| | |
|---|---|
| April 21, 2025 | /s/ Keith P. Ellison |
| Date | Keith P. Ellison<br>United States District Judge |
| April 21, 2025 | */s/ Michael E. Cooper* |
| Date | Counsel for Plaintiff(s) |
| April 21, 2025 | */s/ Nick Pohl, By Permission* |
| Date | Counsel for Defendant(s) |