United States District Court
Southern District of Texas
**ENTERED**
November 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BAR AND RESTAURANT ENTERPRISES INC., *Plaintiff*, <br><br> V. <br><br> WESTCHESTER SURPLUS LINES INSURANCE COMPANY, *Defendant*. | Civil Action No. 4:25-cv-00025 |

### AGREED ORDER GRANTING AGREED MOTION TO MODIFY SCHEDULING/DOCKET CONTROL ORDER

Having considered the Parties' Agreed Motion to Modify Scheduling/Docket Control Order, the Court finds good cause under Federal Rule of Civil Procedure 16(b)(4) and **GRANTS** the Motion. It is **ORDERED** that:

The Scheduling/Docket Control Order is modified as follows:

| | |
|---|---|
| EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE: | **February 9, 2026** |
| EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE: | **March 9, 2026** |
| DISCOVERY must be completed by: | **April 20, 2026** |
| DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions *in limine*) will be filed by: | **May 4, 2026** |
| JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* will be filed by: | **July 31, 2026** |
| TRIAL will begin at 9:00 a.m. | **August 3, 2026** |

All other provisions of the Scheduling/Docket Control Order remain in effect, including the Parties' obligations under the Scheduling/Docket Control Order.

**IT IS SO ORDERED** this 13th day of November, 2025.

                                                Hon. Keith P. Ellison
                                                United States District Judge