IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **BAR AND RESTAURANT ENTERPRISES, INC.,** | § § § § § | |
| *Plaintiff,* | § | |
| V. | § § | Civil Case No. 4:25-cv-00025 |
| **WESTCHESTER SURPLUS LINES INSURANCE COMPANY,** | § § § § § | |
| *Defendant.* | § | |

**NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

  Plaintiff, Bar and Restaurant Enterprises, Inc., and Defendant, Westchester Surplus Lines Insurance Company, have reached a settlement in this matter. Plaintiff and Defendant are in the process of finalizing the settlement and funding, and anticipate submitting a Notice of Non-Suit and Order of Dismissal to the Court within thirty (30) days. The parties respectfully request that the Court remove this matter from the trial docket pending completion of the settlement process.

                    Respectfully submitted,

                 By: */s/ Michael E. Cooper*
                    Michael E. Cooper
                    State Bar No: 24131142
                    Email: mcooper@hodgefirm.com
                    Shaun W. Hodge
                    State Bar No: 24052995
                    Email: shodge@hodgefirm.com
                    The Hodge Law Firm
                    The Historic Runge House
                    1301 Market Street
                    Galveston, Texas 77550
                    Telephone: (409) 762-5000
                    Facsimile: (409) 763-2300
                    **ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically submitted the foregoing, which was served upon all counsel of record using the electronic case filing system of this Court on this, 23rd day of January, 2026, to:

Clinton J. Wolbert
State Bar No. 24103020
Clinton.wolbert@phelps.com
Nicholas A. Pohl
State Bar No. 24110230
Nick.pohl@phelps.com
PHELPS DUNBAR LLP
1001 Fannin St., Ste. 2200
Houston, Texas 77002
Telephone: (713) 626-1386
Facsimile: (713) 626-1388

**ATTORNEYS FOR DEFENDANT**

By: */s/ Michael E. Cooper*
     Michael E. Cooper